# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**FILED**
U.S. District Court
District of Kansas

02/27/2026

**Clerk, U.S. District Court**
By:  SND  Deputy Clerk

**MAYOM POUL BOJ,**

      **Petitioner,**

**v.**                **Case No. 26-3009-JWL**

**SAMUEL OLSON, KRISTI NOEM, TODD
LYONS, PAMELA BONDI, and CRYSTAL
CARTER,**

      **Respondents.**

## JUDGMENT IN A CIVIL CASE

**( )**  **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**(x)**  **DECISION BY THE COURT.**  This action came before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby granted in part and denied in part. The petition is granted with respect to petitioner's request for release.

Entered on the docket 02/27/26

**Dated:  February 27, 2026**    **SKYLER B. O'HARA
CLERK OF THE DISTRICT COURT**

            **s/S. Nielsen-Davis**
            **Deputy Clerk**